PROB 22
(Rev 11/23)

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Tran. Court)*
20 CR 398

DOCKET NUMBER *(Rec. Court)*
24tp80004 Cannon

**NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE**

**Gutemberg Dos Santos**

FILED BY __TM__ D.C.

Feb 8, 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

**DISTRICT**

SOUTHERN DISTRICT OF NEW YORK

**NAME OF SENTENCING JUDGE**

George B. Daniels, Senior U.S. District Judge

**DATES OF SUPERVISED RELEASE:**

FROM: October 11, 2023
TO: October 10, 2026

**OFFENSE**

Conspiracy to Commit Wire Fraud, 18 U.S.C. §1349, a Class C Felony; Conspiracy to Commit Bank Fraud, 18 U.S.C. §1349, a Class B Felony; Conspiracy to Commit Money Laundering 18 U.S.C. §1956(h), a Class C Felony; Obstruction of Officicial Proceeding, 18 U.S.C. §1512(c), a Class C Felony; and Conspiracy to Commit Wire Fraud, 18 U.S.C. §1349, a Class C Felony

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Residence and ties in the Southern District of Florida

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "SOUTHERN DISTRICT OF NEW YORK"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Southern District of Florida upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

JAN 0 2 2024
*Date*

/s/ George B. Daniels
*United States District Judge*

**By endorsement of the Transfer of Jurisdiction document, (Probation 22) and upon application of the United States of America, by and through the U.S. Probation Office, it is hereby ORDERED that in order to effectuate the Transfer of Jurisdiction of Gutemberg Dos Santos' supervision from the Southern District of New York to the Southern District of Florida, the sealed records of the Court in the above-styled matter relating to Gutemberg Dos Santos are unsealed for the limited purpose of transferring those records to the United States District Court for the Southern District of Florida and to the Probation Department in that district.**

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and and assumed by this Court from and after the entry of this order.

2/8/2024
*Effective Date*

/s/ Robin L. Rosenberg
*United States District Judge*